**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| MAXIM INC.,<br><br>                    *Plaintiff*,<br><br>            v.<br><br>ANTHONY LAFATA,<br><br>                    *Defendant*. | Case No. 25-7185<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

Plaintiff Maxim Inc. by its attorneys Clark Smith Villazor LLP for its Complaint for Declaratory Judgment pursuant to 28 U.S.C. § 2201 against Defendant Anthony Lafata alleges:

## PARTIES AND FACTUAL ALLEGATIONS

1.      Plaintiff Maxim Inc. is a Delaware corporation with its principal place of business in New York, New York. Maxim publishes an international lifestyle magazine and runs the Cover Girl Competition, an acclaimed modeling contest. The Competition enlists public engagement through voting and generates substantial revenue for Maxim.

2.      Defendant Anthony Lafata is an individual residing in Shelby Township, Michigan. Defendant posted written statements on the internet discussion forum Reddit falsely disparaging and denigrating Maxim's business integrity and its core business operations in running the Competition.

3.      In March and May 2025, Defendant published defamatory posts and comments on Reddit claiming that the Competition is a "scam," that "votes are bought," and that the winner is "predetermined." These statements were knowingly false or were made in reckless disregard of the truth, and were published without privilege. Defendant has acknowledged the falsity of these statements by removing them after Maxim demanded that he do so.

4.      The defamatory title of Defendant's post that "[t]he Maxim Covergirl contest is a scam" remains visible and accessible to the public in Google search results for searches like "Maxim Cover Girl Competition." For individuals clicking on such results, the defamatory title of Defendant's post remains visible and accessible to the public on Reddit.

5.      Defendants' defamatory statements harmed and continue to harm Maxim's brand, goodwill, and business.

## JURISDICTION AND VENUE

6.      This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332 because there is complete diversity of citizenship between the parties and the amount in controversy exceeds $75,000.

7.      This Court has personal jurisdiction over Defendant in this action because Defendant transacts business within New York State, has made defamatory statements within New York State, and has committed tortious acts that have caused injury within New York State.

8.      Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred here.

## DEMAND FOR RELIEF

WHEREFORE, Plaintiff Maxim Inc. respectfully requests that the Court find in its favor and enter judgment against Defendant Anthony Lafata as follows:

a.      Declare that Defendant's March and May 2025 posts and comments on Reddit and that appear in Google search results and on Reddit are defamatory against Plaintiff; and

b.      Award such other and further relief as the Court deems just and proper.

Dated: August 28, 2025
      New York, New York

CLARK SMITH VILLAZOR LLP

*/s/ Christopher J. Clark*
Christopher J. Clark
Geoffrey H. Coll
Leon Kotlyar
666 Third Avenue, 21st Floor
New York, NY 10017
(212) 377-0850
clark@csvllp.com
geoffrey.coll@csvllp.com
leon.kotlyar@csvllp.com

*Attorneys for Plaintiff Maxim Inc.*