USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 08/29/2025

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

MAXIM INC.,

        *Plaintiff*,

v.

ANTHONY LAFATA,

        *Defendant*.

Case No. 25-7185

## CONSENT AGREEMENT

    WHEREAS Plaintiff commenced this litigation against Defendant seeking declaratory judgment and other related relief that Defendant posted defamatory statements regarding Plaintiff and its business operations;

    WHEREAS the parties hereto do hereby fully and finally settle and resolve all claims, issues, disputes, complaints, and actions described in the Complaint filed in this case, and all other claims, issues, disputes, complaints, or actions that have been or could have been asserted by Plaintiff against Defendant regarding the matters described in the Complaint;

    WHEREAS the parties hereto agree that Defendant shall not be liable for any monetary damages, fees, costs, or other financial obligations to Plaintiff in connection with the claims described in the Complaint;

    WHEREAS the parties hereto agree that this Consent Agreement shall not constitute an admission of liability or a violation of any law by Defendant;

    WHEREAS the parties hereto agree that they and their respective affiliates shall not initiate or make any contact or interaction with each other except through their respective undersigned counsel; and

WHEREAS the parties hereto agree that this Consent Agreement constitutes the entire agreement between the parties regarding the subject matter hereof and supersedes all prior and contemporaneous negotiations, understandings, representations, and agreements.

IT IS NOW HEREBY AGREED AND ADJUDGED as follows:

1. Defendant shall take reasonable steps to assist with removal of any of his remaining March and May 2025 statements as described in the Complaint from Reddit, any other social media platform, and Google search results;

2. Defendant shall refrain from making or posting any defamatory statements regarding Plaintiff or its business operations;

3. This Court shall maintain jurisdiction over this case for purposes of enforcement of any of the provisions hereof and for purposes of any other appropriate application for relief; and

4. This action is otherwise dismissed.

Dated: 8/27/25
08 / 27 / 2025

Dated: 08 / 27 / 2025

*Christopher J. Clark*
Christopher J. Clark
Attorney for Plaintiff

*Nicholas Somberg*
Nicholas Somberg
Attorney for Defendant

SO ORDERED.

DATED: August 29, 2025
New York, NY

UNITED STATES DISTRICT JUDGE

2